UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK  Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C. - 2371

GUSTAVO A PENATE ETAL

                                   Plaintiff(s)

-against-

DBTG CHAMBERS LLC ETAL

                                   Defendant(s)

Index #: 1:19-CV-08767-VEC

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

KELVI A FRIAS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on December 11, 2019 at 11:27 AM at

285 MOTT STREET, APT. B25
NEW YORK, NY 10012

deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT, NOTICE OF INTENTION TO ENFORCE LIMITED LIABILITY COMPANY MEMBER LIABILITY FOR SERVICES RENDERED on JOSEPH CIRIELLO, the defendant/respondent therein named,



**AFFIXING TO DOOR**   by affixing a true copy/copies of each to the door of said premises, which is the defendant's/respondent's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, thereat, having made attempt(s) on:

December 3, 2019  AT  9:39 PM      December 4, 2019  AT  10:11 AM
December 5, 2019  AT  9:35 PM      December 11, 2019  AT  11:27 AM

**MAILING**   Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

285 MOTT STREET, APT. B25
NEW YORK, NY 10012

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 11, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on: December 11, 2019

| Linda Forman | Robin Forman | Gotham Process Inc. | **KELVI A FRIAS** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | License #: 1232446 |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | Docket #: *1140397* |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2022 | Commission Expires April 18, 2021 | | |