```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
GUSTAVO PENATE, on behalf of others similarly                  :
situated                                                       :
                                              Plaintiff,       :
                                                               :       19-CV-8767 (VEC)
                     -against-                                 :
                                                               :       ORDER
                                                               :
DBTG CHAMBERS LLC, JOSEPH CIRIELLO,                            :
                                                               :
                                                               :
                                              Defendants.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS Plaintiff filed this lawsuit on September 20, 2019, *see* Dkt. 1;

   WHEREAS Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 7, 12;

   WHEREAS Defendant DBTG Chambers LLC has failed to appear, answer, or otherwise respond to the Complaint by the December 3, 2019 deadline, *see* Fed. R. Civ. P. 12(a)(1)

   WHEREAS Defendant Joseph Ciriello has failed to appear, answer, or otherwise respond to the Complaint by the January 2, 2020 deadline, *see* Fed. R. Civ. P. 12(a)(1)

   IT IS ORDERED that Plaintiff must apply for a certificate of default against Defendants no later than **February 10, 2020**. Within fourteen days of receiving such a certificate, Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

**Date: February 3, 2020
  New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**