USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
GUSTAVO PENATE, on behalf of others similarly situated

                Plaintiff,

-against-

DBTG CHAMBERS LLC, JOSEPH CIRIELLO,

                Defendants.
---------------------------------------------------------------X

19-CV-8767 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed this lawsuit on September 20, 2019, *see* Dkt. 1;

    WHEREAS Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 7, 12;

    WHEREAS Defendant DBTG Chambers LLC has failed to appear, answer, or otherwise respond to the Complaint by the December 3, 2019 deadline, *see* Fed. R. Civ. P. 12(a)(1)

    WHEREAS Defendant Joseph Ciriello has failed to appear, answer, or otherwise respond to the Complaint by the January 2, 2020 deadline, *see* Fed. R. Civ. P. 12(a)(1)

    WHEREAS the Clerk's Office issued a Certificate of Default as to both Defendants on February 3, 2020, *see* Dkts. 22, 32;

    IT IS ORDERED that Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases by not later than **March 4, 2020**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

**Date: February 26, 2020**
   **New York, NY**

                    **VALERIE CAPRONI**
                    **United States District Judge**