UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
GUSTAVO A. PENATE et al,
,

         Plaintiffs,    19-cv-08767 (VEC)

   - against -     **STATEMENT OF DAMAGES**

DBTG CHAMBERS, LLC et al,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Principal amount sued for…………………………………………...……………...$89,669.17

**Costs and Disbursements:**

 Filing fee……………………………………………………………………………$400.00
 Total Attorney's Fees & Costs………………………………………………………$7,318.00

Total (as of <u>February 28, 2020</u>)…………………………………………………….. $96,987.17



**AFFIX AS EXHIBITS - COPY OF:**

  **A. Damages Chart**
  **B. Attorney's Fees and Costs**