USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
GUSTAVO PENATE, on behalf of others similarly situated,

                Plaintiff,

-against-

DBTG CHAMBERS LLC, JOSEPH CIRIELLO,

                Defendants.
------------------------------------------------------------- X

19-CV-8767 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS an order to show cause hearing in this matter is scheduled for **April 3, 2020 at 10:00 a.m.**;

IT IS HEREBY ORDERED THAT:

1. Due to ongoing concerns regarding the COVID-19 outbreak, the conference scheduled for April 3, 2020 is adjourned to **April 17, 2020 at 10:00 a.m.**

2. Plaintiff is directed to mail a copy of this adjournment order to the Defendants and post proof of mailing on ECF by March 20, 2020.

**SO ORDERED.**

**Date: March 13, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**