```
UNITED STATES DISTRICT COURT                       USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                      DOCUMENT
-------------------------------------------------X ELECTRONICALLY FILED
GUSTAVO PENATE, on behalf of others similarly :    DOC #:
situated,                                     :    DATE FILED: 4/9/2020
                                              :
                           Plaintiff,         :
                                              :    19-CV-8767 (VEC)
            -against-                         :
                                              :         ORDER
                                              :
DBTG CHAMBERS LLC, JOSEPH CIRIELLO,           :
                                              :
                           Defendants.        :
-------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS an order to show cause hearing in this matter is scheduled for **April 17, 2020 at 10:00 a.m**.;

IT IS HEREBY ORDERED THAT:

1. Due to ongoing concerns regarding the COVID-19 outbreak, the conference scheduled for April 17, 2020 is adjourned to **June 19, 2020 at 10:00 a.m.**

2. Plaintiff is directed to mail a copy of this adjournment order with the previously issued Order to Show Cause to the Defendants and post proof of mailing on ECF by **April 13, 2020**.

3. Defendant's response, if any, to the Order to Show Cause is due by **June 11, 2020**.

**SO ORDERED.**

**Date: April 9, 2020**                                 _____
**New York, New York**                                  **VALERIE CAPRONI**
                                                        **United States District Judge**