USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                              :
GUSTAVO PENATE, on behalf of others similarly : 
situated,                                                     :
                                        Plaintiffs,    :
                                                             :                          19-CV-8767 (VEC)
                     -against-                         :
                                                             :                              ORDER
DBTG CHAMBERS LLC and JOSEPH           :
CIRIELLO,                                                  :
                                                        Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a show cause hearing is scheduled in this case for June 26, 2020 at 10:30 a.m. (Dkt. 37);

       WHEREAS Defendant DBTG Chambers LLC filed a petition for voluntary Chapter 7 bankruptcy with the United States Bankruptcy Court for the Southern District of New York, Case No. 19-13733;

       IT IS ORDERED THAT:

1. The hearing scheduled for June 26, 2020 is cancelled.

2. This case is STAYED pursuant to 11 U.S.C. § 362(a)(1).

3. Not later than **June 30, 2020**, Plaintiffs must inform this court whether they filed a proof of claim in the bankruptcy proceeding.

4. The Plaintiffs must submit an update regarding the status of the bankruptcy case by **November 20, 2020.**

5. No later than **June 30, 2020**, Plaintiffs must mail a copy of this order to Defendant's bankruptcy attorney, Hanh Huynh, Rubin LLC, 345 Seventh Avenue, 21st Floor, New York, NY 10001, and post proof of mailing on ECF.

**SO ORDERED.**

**Date:  June 24, 2020**
**      New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**