UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
GUSTAVO PENATE, on behalf of others similarly :
situated                                                    :
                                    Plaintiff,              :
                                                            :
                  -against-                                 :
                                                            :
                                                            :
DBTG CHAMBERS LLC, JOSEPH CIRIELLO,                         :
                                                            :
                                                            :
                                    Defendants.             :
------------------------------------------------------------X
```

┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:__10/16/2020__        │
└─────────────────────────────────┘

19-CV-8767 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a show cause hearing in this case was held on October 16, 2020;

IT IS ORDERED THAT:

1. Defendant's time to answer is STAYED.

2. A referral to the Magistrate Judge for a settlement conference will be entered separately.

3. A copy of this order, information about the pro se clinic, information about electronic notifications on ECF, and information about e-mailing pro se filings to the Clerk's office will be emailed and mailed to Mr. Ciriello by chambers.

   Further information can be found at: https://nysd.uscourts.gov/prose.

**SO ORDERED.**

Date:  **October 16, 2020**
       **New York, NY**

_____
       **VALERIE CAPRONI**
       **United States District Judge**