# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510<br>New York, New York 10165 | Telephone: (212) 317-1200<br>Facsimile: (212) 317-1620 |

**MEMO ENDORSED**

January 5, 2021

**VIA ECF**
Honorable Valerie E. Caproni, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021
```

Re: Penate et al v. DBTG Chambers LLC et al, 1:19-cv-08767-VEC

Your Honor:

This office represents the Plaintiffs in the above referenced matter. Pursuant to the Court's Order of today, I write the clarify that, under the settlement agreement, each Plaintiff will receive $1,700.00 (in a scrivener's error, the letter dated January 3 stated that Plaintiffs would each receive $1,400.00), and counsel will receive $1,200.00, for a total of $8,000.00.

On behalf of Plaintiffs, I thank the Court for its attention to this matter and apologize for the aforementioned scrivener's error.

Respectfully submitted,

/s/ Jordan Gottheim
Jordan Gottheim
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for the Plaintiff

---

The Settlement Agreement (Dkt. 68-1) is approved as fair and reasonable. Each Plaintiff will receive $1,700, totaling $6,800. Plaintiff's counsel will receive $1,200 in attorneys' fees. The Court notes, however, that this case should not have required the attention of three attorneys. Moreover, the Court finds the lodestar as stated to be bloated beyond reason, given that this case involved only filing a complaint, pursuing a default judgment, and participating in a settlement conference. Nevertheless, the settlement agreement is approved and this case is DISMISSED.

---

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI          1/5/2021
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*